J. BLAKE ALEXANDER AND WIFE, PETITIONERS, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 33506. Promulgated March 11, 1929.

*Brice Toole, Esq.*, for the respondent.

OPINION.

MILLIKEN: Petitioner filed a joint Federal income-tax return for himself and wife for the calendar year 1925, and seeks, by this proceeding, to have us hold that the respondent was in error in refusing to accept separate income-tax returns for himself and wife, which he subsequently tendered to respondent. We have decided the identical question adversely to petitioner's contentions in *R. Downes, Jr.*, 5 B. T. A. 1029, and *William A. Buttolph*, 7 B. T. A. 310. See also *Buttolph* v. *Commissioner of Internal Revenue*, 29 Fed. (2d) 695, and *Grant* v. *Rose*, 24 Fed. (2d) 115.

*Judgment will be entered for the respondent.*